**EXHIBIT A**

Leniece Bruney<br>
45 Hawthorne Street. Apt 5A<br>
Brooklyn, NY 11225

February 12, 2025

Brooklyn District Attorney's Office
350 Jay Street
Brooklyn, NY 11201

Re: My 2020 Nissa Rogue
VIN # JN1BJ1CWXLW651958

Dear Sir:

I demand the immediate release of my 2020 Nissan Rogue which was seized on 12/15/2023. I have enclosed a copy of my title, showing that I own my car.

I have done nothing wrong, was not arrested, and was not involved in and type of criminal matter.

Please tell me where to go to pick up my vehicle.

I can pick it up on any day, Monday through Friday. You can reach me at (929) 206-2533

Your truly,

Leniece Bruney