**CAMPANELLI & ASSOCIATES, P.C.**
ATTORNEYS AND COUNSELORS AT LAW

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*
___
Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

www.campanellipc.com

COUNSEL

George B. McPhillips
*1930-1994*

August 4, 2025

*Via ECF*
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Bruney v. The City of New York, et al.
            Docket # 25-cv-01762 (AMD)(CHK)

Dear Judge Donnelly:

    We represent the Plaintiff in the above captioned matter. Pursuant to the Court's Order dated June 27, 2025, directing that "Plaintiff must file an amended complaint on or before 12/2/2025 that includes the identity of the John Doe," I respectfully write to request leave to file an amended complaint in compliance with the Court's directive.

    Plaintiff now seeks to (1) substitute the named defendant in place of the previously unidentified "John Doe," whose identity has now been ascertained, (2) add another NYPD officer as a defendant, whose identity has now been ascertained and (3) remove the New York City Police Department as a defendant from the complaint. These amendments are intended to conform the pleadings to the Court's Order and the developments in the case.

    In the alternative, to the extent the Court requires formal motion practice, Plaintiff respectfully requests that this letter be deemed a motion to amend the complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

    We thank the Court for its time and consideration of this request and for its continued courtesies in this matter.

Respectfully submitted,

Philip A. Salmon
