**CAMPANELLI & ASSOCIATES, P.C.**
ATTORNEYS AND COUNSELORS AT LAW

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

www.campanellipc.com

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

August 11, 2025

*Via ECF*
Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Bruney v. The City of New York, et al.
             Docket # 25-cv-01762 (AMD)(CHK)

Dear Judge Kaminsky:

      We represent the Plaintiff in the above captioned matter. Pursuant to the Court's Order dated August 8, 2025, directing that Plaintiff must file an amended complaint on or before 8/11/2025 including a clean copy of the Amended Complaint and a redline copy of the proposed Amended Complaint, I respectfully write to request leave to file an amended complaint in compliance with the Court's directive. I write with consent from Defendant's counsel.

      Plaintiff now seeks to (1) substitute the named defendant in place of the previously unidentified "John Doe," whose identity has now been ascertained, (2) add another NYPD officer as a defendant, whose identity has now been ascertained and (3) remove the New York City Police Department as a defendant from the complaint. These amendments are intended to conform the pleadings to the Court's Order and the developments in the case.

      In the alternative, to the extent the Court requires formal motion practice, Plaintiff respectfully requests that this letter be deemed a motion to amend the complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

      We thank the Court for its time and consideration of this request and for its continued courtesies in this matter.

Respectfully submitted,

Philip A. Salmon
