# EXHIBIT A

Leniece Bruney
45 Hawthorne Street. Apt 5A
Brooklyn, NY 11225


February 12, 2025


Brooklyn District Attorney's Office
350 Jay Street
Brooklyn, NY 11201


    Re:    My 2020 Nissa Rogue
              VIN # JN1BJ1CWXLW651958


Dear Sir:

I demand the immediate release of my 2020 Nissan Rogue which was seized on 12/15/2023. I have enclosed a copy of my title, showing that I own my car.

I have done nothing wrong, was not arrested, and was not involved in and type of criminal matter.

Please tell me where to go to pick up my vehicle.

I can pick it up on any day, Monday through Friday. You can reach me at (929) 206-2533


Your truly,


Leniece Bruney