# EXHIBIT B



BRUNEY, LENIECE, K
45 HAWTHORNE ST 5A
BROOKLYN         NY 11225

**NEW YORK STATE CERTIFICATE OF TITLE**

Title and Identification No.: JN1BJ1CWXLW651958 / JN1BJ1CWXLW651958

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | Year | Make | Model Code | Body/Hull |
|---|---|---|---|---|---|---|---|
| GY | 3398 | GAS | 4 | 2020 | NISSA | RGE | SUBN |

New or Used: USED
Type of Title: VEHICLE
Date Issued: 5/24/22
Document No.: 998741T

ACTUAL MILEAGE
ODOMETER READING: 12845 / 12845

Name and Address of Owner(s):
BRUNEY, LENIECE, K
45 HAWTHORNE ST 5A
BROOKLYN NY 11225

Lienholder:
ALLY FINANCIAL
PO BOX 8138
COCKEYSVILLE    MD 21030

01

Lienholder:

* ONE LIEN RECORDED *

* LIENS *

dmv.ny.gov

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.